Dan R. McGaughey, Appellee, v. Chick Johnson, Appellant.

Gen. No. 10,407.

Edgar J. Schoen and Aaron Taymor, for appellant; Snyder, Clarke & Dalziel, for appellee; Gerald C. Snyder, of counsel. Opinion by JUSTICE DOVE. Not to be published in full. Opinion filed March 29, 1950; released for publication April 17, 1950.